AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of New York

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>INFORMATION ASSOCIATED WITH SIX (6) EMAIL<br>ADDRESSES, SEE ATTACHMENT A.1 | )<br>)<br>)  Case No. **16 - 778M**<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Northern____ District of ____California____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.1

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.1

**YOU ARE COMMANDED** to execute this warrant on or before ____September 5, 2016____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____MAGISTRATE JUDGE ON DUTY____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____

Date and time issued:  8/23/16 @ 12:35 P.M.

_____
*Judge's signature*

City and state:     Central Islip, New York                    The Honorable Anne Y. Shields
_____                               _____
                                                              *Printed name and title*

## ATTACHMENT A.1

### Property to Be Searched

This warrant applies to information associated with the following accounts:

a. "davek@macromark.com" (KLEIN EMAIL ACCOUNT);

b. "mariab@macromark.com" (BONGARZONE EMAIL ACCOUNT);

c. "mmeyer@macromark.com" (MEYER EMAIL ACCOUNT);

d. "normann@macromark.com" (NEWMAN EMAIL ACCOUNT);

e. "paulad@macromark.com" (DAZI EMAIL ACCOUNT); and

f. "ricks@macromark.com" (SARLI EMAIL ACCOUNT)

stored at premises owned, maintained, controlled, or operated by Intermedia, a company that accepts service of legal process at Records Department, 825 E. Middlefield Rd, Mountain View, California 94043, records@intermedia.net.

## ATTACHMENT B.1

### Particular Things to be Seized

**I.  Information to be disclosed by Intermedia**

To the extent that the information described in Attachment A.1 is within the possession, custody, or control of Intermedia, including any emails, records, files, logs, or information that has been deleted but is still available to Intermedia, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f) on July 7, 2016, Intermedia is required to disclose the following information to the government for each account or identifier listed in Attachment A.1:

    a.    The contents of all emails associated with the account, including stored or preserved copies of emails sent to and from the account, draft emails, the source and destination addresses associated with each email, the date and time at which each email was sent, and the size and length of each email;

    b.    All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative email addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

    c.    The types of service utilized;

    d.    All records or other information stored at any time by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files;

    e.    All records pertaining to communications between Intermedia and any person regarding the account, including contacts with support services and records of actions taken.

**II.  Information to be seized by the government**

All information described above in Section I that constitutes fruits, contraband, evidence and instrumentalities of violations of 18 U.S.C. §§ 1341 (mail fraud), 1343 (wire fraud), and 1349 (conspiracy to commit mail and wire fraud), 18 U.S.C. §§ 1301-1302 (concerning the mailing of lottery material) and those violations involving Macromark, and occurring after January 1, 2010, including, for each account or identifier listed in Attachment A.1, information pertaining to the following matters:

    a.    Mass mailed consumer fraud schemes; and

    b.  Records relating to who created, used, or communicated with the account or identifier, including records about their identities and whereabouts.